B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re: Delores J Jones
Debtor(s)

Case No. 11B18229

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 74.75 on or before 5/27/2011

$ 74.75 on or before 6/24/2011

$ 74.75 on or before 7/29/2011

$ 74.75 on or before 8/29/2011

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ AM/PM at _____.
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: May 6, 2011

BY THE COURT:
_Pamela S Hollis_
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

Case Number:   11 B 18229
Case Name:     **Delores J Jones**

I, Annette McClendon, Relief Courtroom Deputy to the Honorable Pamela S. Hollis, do hereby certify that on the 6th day of May, 2011, I caused to be served via the Court's Electronic Notification or via First Class mail (**) a true and correct copy of:

Order Denying Debtor's Application For Waiver Of The Chapter 7 Filing Fee
Dated: May 6, 2011

to each of the following named individuals:

**Delores J Jones(**)**
9753 S Prairie Av
Chicago, IL 60628

**Karen R Goodman, ESQ**
Shefsky & Froelich Ltd
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

*Annette McClendon*
Annette McClendon
Relief Courtroom Deputy